SEABOARD AIR LINE RAILWAY COMPANY, *Plaintiff in Error,* v. D. J. HARMON, *Defendant in Error.*

Division B.

Opinion filed February 27, 1930.

Petition for rehearing denied March 17, 1930.

*Knight, Thompson & Turner* and *Wilson & Boswell,* for Plaintiff in Error;

*Johnson, Bosarge & Allen* and *Boynton & Petteway,* for Defendant in Error.

PER CURIAM.—The judgment rendered for the defendant in error herein is reversed on authority of Tampa & Gulf

Coast R. Co. v. Lynch, 91 Fla. 375, 108 So. R. 560; Southern Ry. Co. v. Mann, 91 Fla. 948, 108 So. R. 889; Germak v. Fla. E. C. Ry., 95 Fla. 991, 117 So. R. 391; S. A. L. Ry. v. Myrick, 91 Fla. 918, 109 So. R. 193; Fla. E. C. Ry. v. Davis, 96 Fla. 171, 117 So. R. 841; W. & A. Ry. v. Henderson, 279 U. S. 639, 73 L. Ed. 884.

Reversed.

WHITFIELD, P. J., AND STRUM AND BUFORD, J. J., concur.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur in the opinion and judgment.